IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate No.: 8:18MJ203 |
| | ) | |
| HIJINIO GARNETTE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal in the above-captioned case be granted as requested.

DATED this 4th day of June, 2018.

_____
MICHAEL D. NELSON
United States Magistrate Judge